# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  06-MJ-00111-DLW |
| MYRON CHERRY | PRO SE<br>(Defendant's Attorney) |
| | WALLACE KLEINDIENST<br>(Assistant United States Attorney) |

**THE DEFENDANT:**  Was found guilty on count(s) 16 U.S.C. 551; 36 C.F.R. 261.10(A).

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551; 36 C.F.R. 261.10(A) | Placing/Maintaining Structure on National Forest System Lands | December 7, 2005 | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. Number:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

05/23/06
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, United States Magistrate Judge
Name & Title of Judicial Officer

May 23, 2006
Date

DEFENDANT:  MYRON CHERRY
CASE NUMBER:  06-MJ-00111-DLW                                              Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty (60) days.

The sentence will be suspended if the Defendant removes the structure and all of its contents from the Forest Service Lands by July 1, 2006, or in the alternative if the Defendant has a valid Operating Plan in place which would allow the structure by July 1, 2006.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

DEFENDANT: MYRON CHERRY
CASE NUMBER: 06-MJ-00111-DLW                                                        Judgment-Page 3 of 4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $500.00 | $1,000.00 |
| **Totals:** | $10.00 | $500.00 | $1,000.00 |

## FINE

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth below may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## RESTITUTION

The Court will suspend the restitution in this matter if the Defendant removes the structure and all of its contents from the Forest Service Lands by July 1, 2006, or in the alternative if the Defendant has a valid Operating Plan in place which would allow the structure by July 1, 2006

DEFENDANT: MYRON CHERRY  
CASE NUMBER: 06-MJ-00111-DLW                                        Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the fine and other criminal monetary penalties shall be due as follows:

> Defendant shall pay the CVB Processing Fee of $25.00 and $10.00 Special Assessment Fee immediately.

The payment of the $500.00 fine and $1,000.00 restitution to the U.S. Forest Service may be suspended by the Court if the Defendant removes the structure and all of its contents from Forest Service Lands by July 1, 2006 or in the alternative if the Defendant has a valid Operating Plan in place which would allow the structure by July 1, 2006.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special Instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.